**Order entered December 15, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00802-CV**

**AUSTIN CARPENTER, ET AL., Appellants**

**V.**

**BRACKISH DEVELOPMENT, LP D/B/A**
**MARLIN LANDSCAPE SYSTEMS, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-19669**

**ORDER**

Before the Court is appellants' December 13, 2022 unopposed motion requesting a fifty-day extension of time to file their opening brief. Appellants state they need the extension because the clerk's record has not been made available to their counsel. The clerk's record was filed in this Court on November 15, 2022 and is available for viewing on the attorney portal. Accordingly, we **GRANT** the motion **only to the extent** that we extend the deadline to **January 17, 2023**.

Also before the Court is appellee's December 14, 2022 unopposed motion for an extension of time to file its combined cross-appellant's/appellee's brief to thirty days after appellant files its brief.  We **GRANT** the motion.  Because we have extended the deadline for appellants' brief to January 17, appellee's combined brief will be due **February 16, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE